UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 16-cv-01340-MSK-CBS

**JOSIE TAPEST,**
**TRISHA KAWAHAKUI,** and
**RYAN LESSARD,**

      **Plaintiffs,**

v.

**PS CAMPING, INC.,** d/b/a Prospectors RV Resort;
**RHOJO ENTERPRISES, LLC** d/b/a Orion Recovery;
**RHONDA SCHIRADO,** an individual; and
**MICHAEL SCHIRADO,** an individual,

      **Defendants.**

## NOTICE OF SETTLEMENT

Pursuant to D.C.COLO.LCivR 40.2(b), the parties, Plaintiffs Josie Tapest, Trisha Kawahakui, and Ryan Lessard and Defendants PS Camping, Inc., Rhojo Enterprises, LLC, Rhonda Schirado, and Michael Schirado, hereby notify the Court that they have reached a mutually-acceptable settlement in this action.

The parties are currently drafting settlement paperwork and anticipate filing a motion for approval of the settlement and related papers on or before 21 days of this notice.

| | |
|---|---|
| Dated: May 4, 2017 | Respectfully submitted, |
| ANDERSONDODSON, P.C. | GOKENBACH LAW, LLC |
| By: *s/ Alexander L. Gastman*<br>Alexander L. Gastman<br>Penn A. Dodson<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Telephone: (212) 961-7639<br>Facsimile: (303) 998-8051<br>alex@andersondodson.com<br>penn@andersondodson.com | By: *s/ Jennifer Gokenback*<br>Jennifer Gokenback<br>3001 Brighton Blvd., Suite 2660<br>Denver, Colorado 80216<br>Telephone: (866) 578-6223<br>Facsimile: (303) 990-8131<br>jennifer@gokenbachlaw.com |
| *Counsel for the Plaintiff* | *Counsel for Defendants* |